THE STATE OF OHIO, APPELLEE, *v.* STILLO, APPELLANT.

[Cite as *State v. Stillo* (1992), 65 Ohio St.3d 316.]

(No. 92–496—Submitted November 10, 1992—Decided December 14, 1992.)

*Keith A. Shearer*, Prosecuting Attorney, and *Martin Frantz*, Assistant Prosecuting Attorney, for appellee.

*Kennedy, Cicconetti & Rickett* and *Charles A. Kennedy*, for appellant.

This cause is affirmed on authority of *State v. Witwer* (1992), 64 Ohio St.3d 421, 596 N.E.2d 451.

MOYER, C.J., SWEENEY, DOUGLAS, WRIGHT and RESNICK, JJ., concur.

HOLMES and H. BROWN, JJ., dissent.